JOHN SNEE, Respondent, *v.* THE BROOKLYN HEIGHTS
RAILROAD COMPANY, Appellant.

*Snee* v. *Brooklyn Heights R. R. Co.*, 120 App. Div. 570, affirmed.
(Argued November 13, 1908; decided December 1, 1908.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
June 13, 1907, which reversed a judgment of the Kings
County Court in favor of defendant entered upon a dismissal
of the complaint by the court at a Trial Term and granted a

new trial in an action to recover the statutory penalty for a refusal by the defendant to give a transfer.

*Charles A. Collin, William M. Parke* and *George D. Yeomans* for appellant.

*Alfred J. Gilchrist* and *Jacob New* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.